**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

------------------------------------------------------- X

In re:

Adaeze Agu,                                                           Chapter: 13
                                    Debtor.                     Case No.: 25-22243-CGM
                                                                      Judge: Hon. Cecelia G. Morris

------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLP hereby appears in this matter on behalf of DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO1 with respect to its interest in the real property described as 7 THE BLVD, New Rochelle, NY 10801.  Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

                                                        MCCALLA RAYMER LEIBERT PIERCE, LLP
                                                        Attorneys for DEUTSCHE BANK TRUST
                                                        COMPANY AMERICAS, as Trustee for Residential
                                                        Accredit Loans, Inc., Mortgage Asset-Backed
                                                        Pass-Through Certificates, Series 2006-QO1

Dated: April 07, 2025          By:     */s/ Linda St. Pierre*
                                                        Linda St. Pierre
                                                        280 Trumbull St FL 23
                                                        Hartford, CT 06103
                                                        Telephone: (347) 286-7409
                                                        Facsimile: (347) 286-7414
                                                        NY_ECF_Notices@McCalla.com

NOA